# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:13 pm, Dec 28, 2020

UNITED STATES OF AMERICA,

v.

TYRONE MIDDLETON,

Defendant.

CR 216-012-18

**ORDER**

Before the Court is Defendant Tyrone Middleton's renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c). Middleton's motion is **DENIED**. Dkt. No. 1063. First, Middleton's motion cites no qualifying basis for compassionate release. See U.S.S.G. 1B1.13, Application Note 1 (requiring an "extraordinary and compelling reason" to warrant compassionate release, including age of the defendant, family circumstances, and medical conditions). Secondly, when ruling on Middleton's previous motion for compassionate release, the Court found the factors contained in 18 U.S.C. § 3553(a) supported Middleton serving the sentence imposed. Dkt. No. 1047. The Court reaffirms that Order and **DENIES** Middleton's motion.

**SO ORDERED,** this 28th day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA